```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```

- - - - - - - - - - - - - - - - - - - - X

DR. GERALD FINKEL as Chairman of the
Joint Industry Board of the Electrical
Industry,                                   SUPPLEMENTAL REPORT AND
                                              RECOMMENDATION

                Plaintiff,               CV 2006-4862 (SLT)(MDG)

    - against -

INS ELECTRICAL SERVICES, INC. d/b/a INS
ELECTRICAL SERVICES NYC INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - X

GO, United States Magistrate Judge:

     On March 11, 2007, this Court issued a Report and Recommendation on the amount of default damages.  See ct. doc. 18.  The discussion on page 15 of the Report set forth an incorrect amount of interest on unpaid contributions for the "remaining Plans" for the weeks ending December 6, 2006 through January 31, 2007.  The amount of interest accrued on unpaid contributions to these "remaining Plans" through December 31, 2007 should be **$5,216.60** instead of $5,266.60.  And, the total amount for all interest accrued through March 31, 2008 should be **$6,697.10** instead of $6,646.71.  Correspondingly, the total amount of the recommended judgment on page 24 of the Report should have read **$127,052.06**, including pre-judgment interest of **$14,241.67**, instead of a total judgment of $127,101.27 and $14,291.27 in pre-judgment interest. Accordingly, pages 15 and 24 of the Report are amended herein to reflect these amounts.  There are no other changes to the Report.

     **SO ORDERED.**

Dated:     Brooklyn, New York
              March 12, 2008

                                                /s/
                                        MARILYN D. GO
                                        UNITED STATES MAGISTRATE JUDGE