UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DR. GERALD FINKEL, as Chairman of the            JUDGMENT
Joint Industry Board of the Electrical Industry,         06-CV- 4862 (SLT)

                       Plaintiff,

     -against-

INS ELECTRICAL SERVICES INC. d/b/a
INS ELECTRICAL SERVICES NYC INC.,

                       Defendant.
-----------------------------------------------------------------X

A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on April 4, 2008, adopting the Report and Recommendation of Magistrate Judge Marilyn D. Go, dated March 11, 2008 and the Supplemental Report and Recommendation of Magistrate Judge Marilyn D. Go, dated March 12, 2008; and directing the Clerk of Court to enter judgment in favor plaintiff in the amount of $89,793.09 for delinquent contributions, $14,241.67 for prejudgment interest through March 31, 2008 (and at a daily rate of $17.45 thereafter until the date of judgment), $15,959.86 for liquidated damages, and $7,057.44 for attorneys' fees and costs, for a total award of $127,052.06; it is

ORDERED and ADJUDGED that the Reports and Recommendations of Magistrate Judge Marilyn D. Go are adopted in their entirety; and that judgment is hereby in favor of plaintiff, Dr. Garard Frankel as Chairman of the Joint Industry Board of the Electrical Industry, and against defendant, Ins Electrical Services, Inc. d/b/a Ins Electrical Services NYC Inc., in the amount of $89,793.09 for delinquent contributions, $14,241.67 for prejudgment interest through March 31, 2008 (and at a daily rate of $17.45 thereafter until date of judgment), $15,959.86 for liquidated damages, and $7,057.44 for attorneys' fees and costs, for a total award of $127,052.06.

Dated: Brooklyn, New York
April 07, 2008

/ s/ RCH
ROBERT C. HEINEMANN
Clerk of Court